UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| RONALD G. TURNER,<br><br>        Plaintiff,<br><br>  -against-<br><br>DENIS McDONOUGH, SECRETARY,<br>UNITED STATES DEPARTMENT OF<br>VETERANS AFFAIRS, et al.,<br><br>        Defendants. | 22-CV-7106 (LTS)<br><br>ORDER OF DISMISSAL |

LAURA TAYLOR SWAIN, Chief United States District Judge:

  On September 13, 2022, the Court denied Plaintiff leave to proceed *in forma pauperis* (IFP) and ordered him to pay the $402.00 in fees to bring this action within 30 days. That order specified that failure to comply would result in dismissal of the complaint. Plaintiff has not paid the fees. Accordingly, the complaint is dismissed without prejudice. *See* 28 U.S.C. §§ 1914, 1915.

  The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith, and therefore IFP status is denied for the purpose of an appeal. *Cf. Coppedge v. United States*, 369 U.S. 438, 444-45 (1962) (holding that an appellant demonstrates good faith when he seeks review of a nonfrivolous issue).

  The Clerk of Court is directed to enter judgment in this case.

SO ORDERED.

Dated: November 2, 2022
     New York, New York

                   /s/ Laura Taylor Swain
                   LAURA TAYLOR SWAIN
                 Chief United States District Judge