UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| RONALD G. TURNER,<br><br>                          Plaintiff,<br><br>    -against-<br><br>DENIS MDONOUGH, ET AL<br><br>                         Defendants. | 22-CV-7106 (LTS)<br><br>CIVIL JUDGMENT |

For the reasons stated in the November 2, 2022, order, this action is dismissed.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

SO ORDERED.

Dated:   November 2, 2022
            New York, New York

                                                             /s/ Laura Taylor Swain
                                                            LAURA TAYLOR SWAIN
                                                    Chief United States District Judge