UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| RONALD G. TURNER,<br><br>                                   Plaintiff,<br><br>         -against-<br><br>DENIS MCDONOUGH, SECRETARY,<br>UNITED STATES DEPARTMENT OF<br>VETERANS AFFAIRS, ET AL.,<br><br>                                   Defendants. | 22-CV-7106 (LTS)<br><br>ORDER |

LAURA TAYLOR SWAIN, Chief United States District Judge:

On September 13, 2022, the Court denied Plaintiff leave to proceed *in forma pauperis* (IFP) and ordered him to pay the $402.00 in fees to bring this action within 30 days. On November 2, 2022, because there was no indication on the docket that Plaintiff had paid the fees, the Court dismissed the action without prejudice for Plaintiff's failure to pay the fees. (ECF 4.) Judgment was entered on November 3, 2022. (ECF 5.)

On November 18, 2022, it came to the Court's attention that Plaintiff paid the fees on September 21, 2022, but due to a clerical error, an entry reflecting Plaintiff's payment was not entered on the docket.

The Court therefore directs the Clerk of Court to vacate the order of dismissal and judgment (ECF 4, 5), and to reopen this action. The merits of Plaintiff's claims will be addressed in due course.

SO ORDERED.

Dated:   November 30, 2022
         New York, New York

                                        /s/ Laura Taylor Swain
                                        LAURA TAYLOR SWAIN
                                        Chief United States District Judge